CW

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

Case No.  26-mj-022 (DLM)

RAUL GUTIERREZ,

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

1. On or about January 14, 2026, in the District of Minnesota, the defendant, Raul Gutierrez, having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Crime | Jurisdiction of Conviction | Case Number |
|---|---|---|
| Burglary-building or dwelling | Dunn County, Wisconsin | 2011CF000313 |
| Dangerous     weapons-reckless discharge of firearm within a municipality | Hennepin County, Minnesota | 27-CR-18-10500 |
| Domestic assault-by strangulation | Ramsey County, Minnesota | 62-CR-25-2921 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, specifically, a Colt model M16A1 rifle bearing serial number 9506120, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2. On or about January 14, 2026, in the District of Minnesota, the defendant, Raul Gutierrez, the defendant, Raul Gutierrez, willfully and knowingly did steal and purloin a Colt model M16A1 rifle bearing serial number 9506120 and a Huxwrx Suppressor bearing serial number P1000791, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     ☒Yes    ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (Facetime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Nicholas McAdams, Special Agent
ATF
_____
*Printed name and title*

Date:  1/16/26

_____
*Judge's Signature*

City and State: St. Paul, MN

The Honorable Douglas L. Micko
United States Magistrate Judge
_____
*Printed Name and Title*